# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Wilford Clark                              Docket Nos. 99-00184-001 & 00-00057-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Wilford Clark, who was placed on supervision by the Honorable Donald E. Ziegler sitting in the Court at Pittsburgh, Pennsylvania, on the 21st day of July 2000, who fixed the period of supervision at four years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall not possess a firearm or destructive device.
- Shall not illegally possess a controlled substance.
- Shall participate in drug testing and/or drug treatment as directed by the probation office.
- Shall participate in mental health treatment as directed by the probation office.
- Shall pay a special assessment of $100 at each criminal number, for a special assessment total of $200.

07-21-00:   Conspiracy to Distribute and Possess With Intent to Distribute in Excess of 5 Grams of Cocaine Base; 60 months' imprisonment at each criminal number, to be served concurrently; 4 years' supervised release at each criminal number, to be served concurrently.

02-25-05:   Released to supervision; Currently supervised by U.S. Probation Officer John P. Kuklar.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the releasee has violated the terms of supervised release as follows:

**While on supervised release, you shall not commit another Federal, state, or local crime.**

On March 13, 2006, the releasee was charged by the Pittsburgh, Pennsylvania, Police Department with Recklessly Endangering Another Person, Carrying a Firearm Without a License, Fleeing and Eluding Police, Driving Without a License, Driving While Operating Privilege Suspended, Speeding, Homicide by Vehicle, Reckless Driving, and Accident Involving Death/Injury. This matter is scheduled for trial in the Court of Common Pleas, Allegheny County, Pennsylvania, on December 11, 2006. This offense occurred on April 19, 2005.

On November 14, 2006, the releasee and others were arrested by Federal and local authorities on charges of Conspiracy to Possess and Possession With Intent to Distribute 1 Kilogram or More of Heroin, in violation of 21 U.S.C. § 846. This offense occurred between June 2006 and November 3, 2006.

U.S.A. v. Wilford Clark
Docket Nos. 99-00184-001 and 00-00057-001
Page 2

PRAYING THAT THE COURT WILL ORDER that a bench warrant be issued for the releasee's arrest and that the warrant be lodged as a detainer at Allegheny County Jail, Pittsburgh, Pennsylvania.

|  |  |
|---|---|
| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered this 21st day of November, 2006 and ordered filed and made a part of the records in the above case. | Executed on November 17, 2006 |
| _____ U.S. District Judge | _____ John P. Kuklar U.S. Probation Officer |
| | _____ Roselyn Gerson Supervising U.S. Probation Officer |
| | Place: Pittsburgh, Pennsylvania |